IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-00019-CMA

JOHN WARRENER,

    Applicant,

v.

ANGEL MEDINA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**ORDER GRANTING MOTION TO FILE TRAVERSE**

    It is ORDERED that Applicant's Motion For Permission To File Traverse And Enlargment [sic] Of Time To Do So (Doc. # 18), filed June 28, 2011, is GRANTED.  It is

    FURTHER ORDERED that Applicant shall file a traverse **on or before August 15, 2011**.

    DATED at Denver, Colorado, this   18th   day of July, 2011.

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO, Judge
                                United States District Court