IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00019-CMA

JOHN WARRENER,

    Applicant,

v.

ANGEL MEDINA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## SECOND ORDER FOR STATE COURT RECORD

On July 7, 2011, this Court directed Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. John Warrener,* Adams County District Court Case No. 04CR1621, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. Respondents were directed to submit the complete record within thirty days from the July 7 order. Copies of the July 7 Order were sent to the Clerk of the Court for the Adams County Justice Center, the Court Services Manager of the State Court Administrator's Office, and the attorney of record at the Office of the Attorney General for the State of Colorado. As of the date of this Order, no records have been received by the Clerk of the Court for the United States District Court for the District of Colorado.

    (1)    Within **thirty (30) days from the date of this order** Respondents shall file

with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. John Warrener,* Adams County District Court Case No. 04CR1621, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2)   The Clerk of the Court is directed to send copies of this order, first-class postage prepaid, to the following:

>   Clerk of the Court
>   Adams County Justice Center
>   1100 Judicial Center Dr.
>   Brighton, Colorado 80601
>
>   Court Services Manager
>   State Court Administrator's Office
>   101 W. Colfax, Suite 500
>   Denver, Colorado  80202

DATED September 6, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge